# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jernigan, Stacey G. | U.S. Bankruptcy Court, NDTX | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1254
Dallas, TX 75242

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▓▓▓▓ Trust ▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Haynes and Boone, LLP Partners' Retirement Plan - Defined Benefit Pension Plan (vested pension benefit earned at former law firm; common fund - no control). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Dallas Police Dept.-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mid-South Bankruptcy Conference | 2/5/2015-2/6/2015 | Memphis, TN | Speaker at conference | Transportation, lodging, meals |
| 2. | State Bar of Tex. Business Bankr. Conf. | 2/19/2015-2/20/2015 | Houston, TX | Speaker at conference | Transportation, lodging, meals |
| 3. | American Bankruptcy Institute | 3/8/2015-3/9/2015 | New York, NY | Judge at moot court competition | Transportation, lodging, meals |
| 4. | American College of Bankruptcy | 3/12/2015-3/14/2015 | Washington, DC | Attend seminar | Transportation, lodging, meals |
| 5. | American Bankruptcy Institute | 4/18/2015-4/19/2015 | Washington, DC | Speaker at CLE | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jernigan, Stacey G. | 05/12/2016 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | State Bar of Tex. Bankr. Bench/Bar Conf. | 5/27/2015-5/29/2015 | Lost Pines, TX | Speaker at CLE | Transportation, lodging, meals |
| 7. | National Conf. of Bankruptcy Judges | 9/26/2015-9/30/2015 | Miami, FL | Attendee and Speaker | Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Mortgage | Mortgage loan on condominium ▮▮▮▮ Dallas, TX (Pt. VII, line 12) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Accts | A | Interest | J | T | | | | | |
| 2. Bank of America Savings Acct | A | Interest | J | T | | | | | |
| 3. Bank of America/Merrill Lynch Retirement Acct | A | Interest | J | T | | | | | |
| 4. TXTom.FundColl.Inv. Plan, BlendedAged-Portfolio(no control) | A | Interest | J | T | | | | | |
| 5. IRA - Capital Bank & Trust Co. n/k/a BOSC, Inc. | | | | | | | | | |
| 6. - Growth Fund of America | A | Int./Div. | M | T | | | | | |
| 7. - New Perspective Fund | A | Int./Div. | M | T | | | | | |
| 8. - Capital World Growth & Income Fund | B | Int./Div. | L | T | | | | | |
| 9. - Fundamental Investors Fund | B | Int./Div. | M | T | | | | | |
| 10. - Income Fund of America | C | Int./Div. | M | T | | | | | |
| 11. ▓▓▓▓▓ Trust (invested in Merrill Lynch cash acct) | A | Int./Div. | M | T | | | | | |
| 12. Condominium, Dallas, TX | | | L | R | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: Part VII, Line 11. In May 2015, my father sold his house and put $250,000 of sale proceeds in a family trust, naming me as Trustee. The funds have been held in a Merrill Lynch cash account since May 2015.

Note: Part VII, Line 12. On 6/29/2015, my spouse and I acquired a condominium in Dallas, TX ▮▮▮▮▮▮▮▮▮▮ We earn no income on it and are jointly and severally liable ▮▮▮▮▮▮ on the mortgage.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stacey G. Jernigan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544